C. YONG JEONG, ESQ. (SBN: 255244)
jeong@jeonglikens.com
JEONG & LIKENS, L.C.
1055 West 7th Street, Suite 2280
Los Angeles, CA 90017
Tel: 213-688-2001
Fax: 213-688-2002

ATTORNEYS FOR NS INT'L TEXTILES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NS INT'L TEXTILES, a South Korea Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>SUPERLINE, INC., a California Corporation; CLOSET SIGNATURE FASHION VALLEY MALL, a California Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01320-RSWL-AS<br><br>**NOTICE OF SETTLEMENT** |

In accordance with Local Rule 16-15.7, Plaintiff hereby notifies the Court that a settlement has been reached in the above-captioned case. A draft of the settlement agreement is currently being circulated.

Plaintiff anticipates filing a Stipulation for Dismissal with prejudice as to the entire case within 30 days.

Dated: September 26, 2017                /s/*Chan Yong Jeong*
                                                              Chan Yong Jeong
                                                              Attorney for Plaintiff