JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NS INT'L TEXTILES, a South Korea Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>SUPERLINE, INC., a California Corporation; CLOSET SIGNATURE FASHION VALLEY MALL, a California Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-01320-RSWL-AS<br><br>**ORDER RE: STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Ronald S.W. Lew |

The parties having so stipulated and agreed, SUPERLINE, INC., a California Corporation; CLOSET SIGNATURE FASHION VALLEY MALL, a California Corporation are hereby dismissed with prejudice and without an award of costs or fees to any party. Each party shall bear their own costs and attorney fees.

IT IS SO ORDERED.

Dated: 6/21/2018

            s/ RONALD S.W. LEW
            The Honorable Ronald S.W. Lew
            United Stated District Court Judge